IN THE UNITES STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 07 C 4318 |
| | ) | |
| S-TRUCKING, INC., | ) | JUDGE ELAINE E. BUCKLO |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

NOW COME Plaintiffs, by and through their attorneys, default having been entered against the Defendant, S-TRUCKING, INC., an Illinois corporation, on September 5, 2007, request this Court enter judgment against Defendant in the total amount of $36,402.37, plus Plaintiffs' costs and reasonable attorneys' fees in the amount of $610.00.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\S-Trucking\motion-judgment.cms.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 26th day of October 2007:

        Mr. Mark E. Heimsoth, Registered Agent
        S-Trucking, Inc.
        563 W. Galena Boulevard
        Aurora, IL   60506

        Mr. Timothy E. Smith, Secretary
        S-Trucking, Inc.
        674 LaSalle Drive
        Somanauk, IL   60552

        /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\S-Trucking\motion-judgment.cms.df.wpd